**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**


**v.**

**ISMAEL SANGARE**

**Defendant.**

Case: 1:26−mj−00060
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 3/20/2026
Description: COMPLAINT W/ARREST WARRANT

**VIOLATION:**

**18 U.S.C § 922(g) (Felon in possession of a firearm or ammunition)**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL**
**COMPLAINT AND ARREST WARRANT**

I, Vlad Boscor, being first duly sworn, hereby depose and states as follows:

1.      Your Affiant is a Special Agent with Homeland Security Investigations (HSI), assigned to the Special Agent in Charge (SAC) D.C. field office. I have been employed with HSI since May 2020. Prior to my Special Agent position with HSI, I was a sworn federal officer with the United States Capitol Police. Prior to my position with the United States Capitol Police, I was a Paralegal with the United States Attorney's Office.  I am currently assigned to the investigative fraud cell as part of the Make DC Safe and Beautiful Task Force, where my duties and responsibilities include the investigation of federal crimes concerning Misuse of SSN, Aggravated Identity Theft, and Identity Fraud. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a). I am therefore authorized to make applications for search and seizure warrants and to serve arrest warrants.

1

2.    This Affidavit is submitted in support of a Criminal Complaint charging ISMAEL SANGARE (hereinafter "**SANGARE**") with one violation of U.S.C § 922(g) Felon in possession of a firearm or ammunition.   Because this Affidavit is offered for the limited purpose of establishing probable cause to support the Criminal Complaint, it contains only a summary of relevant facts. I have not included details of every aspect of this investigation to date. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for issuance of the Criminal Complaint. The information contained in this Affidavit is based upon my personal knowledge of, and participation in, the investigation; a review of police reports, documents and other evidence; and conversations with other law enforcement officers and other individuals. All conversations and statements described in this Affidavit are related in substance and in part, unless otherwise indicated.

## **PROBABLE CAUSE**

3.    On or about June 29, 2025, a rental application was submitted to ▉▉▉▉▉ residential. The application was submitted for apartment ▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ The application listed a particular name ("**WITNESS-1**") and a birthdate of ▉▉▉▉▉▉▉

4.    On or about August 16, 2025, an apartment lease contract for ▉▉▉▉ was entered into between **WITNESS-1** and the owner of ▉▉▉▉▉▉. The contract set the lease term as beginning August 16, 2025, and ending February 15, 2027. The contract was electronically signed in the name of **WITNESS-1**.

5.    On or about September 4, 2025, officers with the Metropolitan Police Department of the District of Columbia ("MPD") arrived at ▉▉▉▉ in response to a verbal disturbance. The MPD officers encountered a male subject ((later identified as Ismael SANGARE ▉▉▉▉▉▉ at

2

the residence. The MPD officers were wearing body worn cameras ("BWC") throughout the duration of the encounter.

6.    **SANGARE** provided a driver's license identifying himself as **WITNESS-1** to one of the MPD officers upon request. **SANGARE** confirmed ███████ was his current residence and stated the apartment was under his name. **SANGARE** also stated to law enforcement that his phone number was ███████ (Note: the same phone number that is listed on the lease application).

7.    On or about November 28, 2025, MPD officers responded again to ███████ for a call for service and met with **VICTIM-1**. The officers were told by **VICTIM-1** that **SUBJECT-1** pushed her and placed his hands over her mouth.

8.    **SUBJECT-1** provided the MPD officers with the following Maryland driver's license (███████) in the name of **WITNESS-1**:



Figure 1: Sangare

9.    The MPD officers determined that ███████ was fraudulent and identified **SUBJECT-1** as ISMAEL **SANGARE**. **SANGARE** was arrested for simple assault.

10.    The Maryland Motor Vehicle Administration ("MD MVA") confirmed the license presented to MPD in the name of **WITNESS-1** was fictitious. ▮▮▮▮ was never issued by the MD MVA.

11.    Records obtained from the MD MVA show **WITNESS-1** was issued driver's license ending in ▮▮▮▮▮ A birth certificate was provided in connection with the application for ▮▮▮ The birth certificate lists ▮▮▮▮▮ as **WITNESS-1**'s date of birth.

12.    The following payments were made to ▮▮▮▮ in connection with the lease for ▮▮▮ held in the name of **WITNESS-1**:

| APPROXIMATE DATE | AMOUNT |
| --- | --- |
| 9/10/2025 | $2,095.28 |
| 11/7/2025 | $2,235.07 |
| 12/5/2025 | $338.13 |
| 1/27/2026 | $2,300.00 |

13.     Payment records obtained from ████████████ show the payments were made from an account at TD Bank in the name of **SANGARE**. The record for the January 2026 payment appears below.

Payment ID: 1681485526

| Details | Type: | eCheck |
|---|---|---|
| Logs | Amount: | $2,300.00 |
| | Post Month: | 02/2026 |
| Settlement Info | Post Date: | 01/27/2026 |
| Deposit Info | Internal Memo: | — |
| GL Details | Status: | Captured |
| Allocations | Payment Source: | Resident Portal |
| Transactions | Merchant Account: | ████████████ |
| | Payment Memo: | — |
| | Account Holder's Name: | Ismael Sangare |
| | Billing Address: | ████████████ |
| | Bank Name: | TD Bank |
| | Type: | Personal Checking |
| | Routing #: | 054001725 |
| | Account #: | ████████ |
| | Created By: | ████████ on Jan 27, 2026 03:15 PM EST |

14.     Records were obtained from the District of Columbia Department of Motor Vehicles ("DC DMV") relating to a driver's license held by **SANGARE**. DC DMV records show **SANGARE** was born in ████.

15.     Based on my review of BWC footage, your affiant believes **SANGARE** is the same individual who provided a driver's license identifying himself as **WITNESS-1** during the MPD encounter on or about September 4, 2025. SANGARE's driver's license photo appears below on the left and an image from the BWC footage appears below on the right.

 

16.     Law enforcement provided a photograph of ISMAEL **SANGARE** to the community manager at ██████████. The manager stated the photograph showed the resident they know as **WITNESS-1**.

17.     The following is a picture of **WITNESS-1**:



18.     On Tuesday, March 10, 2026, Law enforcement is aware that **SANGARE** was placed on HISP as part of release conditions and is currently being monitored by CSOSA using a GPS enabled ankle monitor. Location data from that device reflect that on or about March 10th, 2026, SANGARE traveled from the vicinity of the TARGET PREMISES to a firearms shooting range in ██████████████ where he remained for approximately 4 hours. Specifically, SANGARE was at 13:24 – 17:06 at the address: ████████████████████████████, USA. (**See Figures 1-3 below for gun range GPS data**)







*Figures 1-3: GPS monitor data of SANGARE at Gun range at* ██████████████

██████████████

### Probable cause found in SANGARE's residence

19.     On Wednesday, March 18, 2026, a search warrant was applied for **SANGARE's** last known residence, ███████████████████████████████. of the ███████████ (the "TARGET PREMISES"). On March 20, 2026, your affiant executed a search warrant of **the TARGET PREMISES.** Upon arrival, **SANGARE** was found to be the sole occupant. There was only one bedroom, and there did not appear to be clothing or personal items of any other individual in the apartment. During a search of the apartment, under the bed, investigators discovered an Anderson Arms make Model AM15 Rifle Serial Number ████████ (hereinafter "**Anderson Rifle**", **See Figure 4**). Investigators also discovered 0.556 caliber ammunition in a rifle magazine. The ammunition had green tips, which based on my training and experience, I know to be armor piercing rounds.



*Figure 4: Anderson Rifle found under the bed*

20.    **A records check was conducted and it was revealed that SANGARE** is a convicted felon. Specifically, **SANGARE** was convicted on September 8, 2022, in Washington, D.C. Superior Court of Attempted Assault with a Dangerous Weapon Pistol and Carrying a Pistol Without a License in violation of 2nd Emergency Act of 2014 Act 20-0564 in ███████████. He was sentenced to 20 months of confinement and is currently on supervised release until September 15, 2026. As such, on the date of his arrest in the instant case, SANGARE was aware that he had been previously convicted of a crime that was punishable by more than a year.  As further evidence of this, SANGARE's paperwork from CSOSA was also found in the apartment outlining supervised release conditions (**See Figures 5-7**) A check of police records revealed the Defendant was not licensed to possess a firearm in the District of Columbia, nor was the firearm

registered in the District of Columbia. There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.



10





**Figures 5-7: CSOSA documents reflecting knowledge of SANGARE's supervised release conditions**

21.     As such, your affiant submits that probable cause exists to charge ISMAEL SANGARE ▉▉▉▉▉▉ with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

<u>**CONCLUSION**</u>

22.    **SANGARE** applied for and leased ▮▮▮▮ using the identity of **WITNESS-1**; **SANGARE** provided a fraudulent driver's license misrepresenting himself as **WITNESS-1** to law enforcement on two different occasions; SANGARE unlawfully possessed a firearm as a convicted felon. There is, therefore, probable cause to believe that **SANGARE** has violated 18 U.S.C § 922(g) Felon in possession of a firearm or ammunition.

Respectfully submitted,

Date: March 20, 2026

_____

VLAD BOSCOR
Special Agent
Homeland Security Investigations

_____
MATTHEW SHARBAUGH
UNITED STATES MAGISTRATE JUDGE